**No. 09-525. Janus Capital Group, Inc., et al., Petitioners v. First Derivative Traders.**

561 U.S. 1024, 130 S. Ct. 3499, 177 L. Ed. 2d 1088, 2010 U.S. LEXIS 5369.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit granted.

Same case below, 566 F.3d 111.